**EXHIBIT C**



## Home | Search Results

No. 14A743
Title: William E. Bolden, Applicant
v.
John Doe, et al.
Docketed: January 9, 2015
Lower Ct: Supreme Court of Utah
Case Nos.: (20120751)

| ~~~Date~~~ | ~~~~~~~~Proceedings and Orders~~~~~~~~~~~~~~~~~~ |
|---|---|
| Jan 7 2015 | Application (14A743) to extend the time to file a petition for a writ of certiorari from February 2, 2015 to March 4, 2015, submitted to Justice Sotomayor. |
| Jan 9 2015 | Application (14A743) granted by Justice Sotomayor extending the time to file until March 4, 2015. |

| ~~Name~~ | ~~~~~Address~~~~~ | ~~Phone~~ |
|---|---|---|
| **Attorneys for Petitioner:** | | |
| Eugene Volokh | UCLA School of Law | (310) 206-3926 |
|   Counsel of Record | 405 Hilgard Ave. | |
| | Los Angeles, CA 90095 | |
| Party name: William E. Bolden | | |

January 13, 2015 | Version 2014.1
Home | Help | Site Map | Contact Us | About Us | FAQ | Jobs | Links | Building Regulations
Website Policies and Notices | Privacy Policy | USA.GOV

**Supreme Court of the United States**