IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROBERT BENITO MANZANARES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ATTORNEY GENERAL SEAN D. REYES, Attorney General of the State of Utah, et al., <br><br> Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION <br><br> Case No. 2:14-cv-00040-DN-EJF <br><br> District Judge David Nuffer <br> Magistrate Judge Evelyn J. Furse |

The Report and Recommendation[1] issued by United States Magistrate Judge Furse on September 14, 2015 recommends that Defendants' Motion to Dismiss[2] be GRANTED IN PART and DENIED IN PART.

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72.[3] As of the date of this Order, no objection has been filed to the Report and Recommendation.

De novo review of all materials, including the record that was before the magistrate judge and the reasoning set forth in the Report and Recommendation, has been completed. The analysis and conclusion of the magistrate judge are correct and the Report and Recommendation will be adopted.

---

[1] Report and Recommendation to Grant in Part and Deny in Party Motion to Dismiss Claims Against Defendants Shurtleff and Swallow ("R&R"), docket no. 47, entered September 14, 2015.

[2] Defendants Shurtleff and Swallow's Motion to Dismiss and Supporting Memorandum, docket no. 38, filed November 7, 2014.

[3] R&R at 16.

IT IS HEREBY ORDERED that the Report and Recommendation[4] is ADOPTED. Any claims raised by the Manzanares Plaintiffs against Mr. Shurtleff and Mr. Swallow are hereby DISMISSED WITH PREJUDICE.

Dated October 5, 2015.

BY THE COURT:

*David Nuffer*
David Nuffer
United States District Judge

---

[4] Report and Recommendation to Grant in Part and Deny in Party Motion to Dismiss Claims Against Defendants Shurtleff and Swallow ("R&R"), docket no. 47, entered September 14, 2015.