IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Robert Benito Manzanares, et al,<br><br>      Plaintiffs,<br>v.<br><br>Attorney General Sean D. Reyes, *Attorney General of the State of Utah*, et al<br><br>      Defendants. | **MEMORANDUM DECISION AND ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:14-cv-00040-DN-EJF<br><br>District Judge David Nuffer<br>Magistrate Judge Evelyn J. Furse |

  The Report and Recommendation[1] issued by United States Magistrate Judge Furse on February 2, 2016 recommends that all Plaintiffs' claims against Attorney General Reyes be dismissed without prejudice for failure to effect service.

  The parties were notified of their right to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. As of the date of this Order, no objection has been filed to the Report and Recommendation.

  Because no party filed written objections to the Report and Recommendation as provided by rules of court, the analysis and conclusion of the magistrate judge are deemed correct and the Report and Recommendation will be adopted.

---

[1] Report and Recommendation to Dismiss Claims against Defendant Sean Reyes, docket no. 49, issued Feb. 2, 2016.

IT IS HEREBY ORDERED that the Report and Recommendation[2] is ADOPTED and the above-captioned matter is DISMISSED without prejudice.

The Clerk is directed to close the case.

Dated March 5, 2016.

BY THE COURT:

David Nuffer
United States District Judge

---

[2] *Id.*

2