AO 450 (Rev.5/85) Judgment in a Civil Case

FILED
CLERK, U.S. DISTRICT COURT
March 7, 2016 (4:25pm)
DISTRICT OF UTAH

# United States District Court

Central Division for the District of Utah

Robert Benito Manzanares, et al.          **JUDGMENT IN A CIVIL CASE**

v.

Sean D. Reyes, et al

Case Number: 2:14cv00040 DN-EJF

This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiffs' complaint is dismissed without prejudice.

March 7, 2016                                           D. Mark Jones
*Date*                                                  *Clerk of Court*

                                                        *(By) Deputy Clerk*